OPINION — AG — ** COMMISSIONERS OF THE LAND OFFICE — LOAN — ELIGIBILITY ** 64 O.S. 52 [64-52](G) PROHIBITS A MEMBER OF THE BOARD OF REGENTS OF OKLAHOMA STATE UNIVERSITY FROM ACCEPTING A FARM MORTGAGE LOAN FROM THE COMMISSIONERS OF THE LAND OFFICE. (CONFLICT OF INTEREST, DUAL COMPENSATION) CITE: ARTICLE VI, SECTION 31, 51 O.S. 2 [51-2], 70 O.S. 3410 [70-3410] (PAUL C. DUNCAN)